**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   GREGORY B. BELL          §   Case No. 12-17198
                                  §            Hon. A. BENJAMIN GOLDGAR
                                  §            Chapter 7
                                  §
         Debtor(s)

---

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS                                         , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within ____ 21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at 10:00am  on 12/19/2012  in Courtroom 642 , Dirksen Federal Building        Courthouse,

219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed:  11/26/2012          By:  Clerk U. S. Bankruptcy Court
                                       (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603


UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**

NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:   GREGORY B. BELL                §   Case No. 12-17198
                                        §   Hon. A. BENJAMIN GOLDGAR
                                        §   Chapter 7
                                        §
              Debtor(s)

---

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $21,179.00
*and approved disbursements of*               $41.26
*leaving a balance on hand of* [1]            $21,137.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:          $0.00
Remaining balance:                              $21,137.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*  ALLAN J. DeMARS | $2,867.90 | $0.00 | $2,867.90 |
| *Trustee, Expenses*  ALLAN J. DeMARS | $13.55 | $0.00 | $13.55 |
| *Attorney for Trustee, Fees*  ALLAN J. DeMARS | $1,485.00 | $0.00 | $1,485.00 |
| *Attorney for Trustee, Expenses*  ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,   U.S. Bankruptcy Court*

*Fees, United States Trustee*

      Other

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $4,366.45 |
| Remaining balance: | $16,771.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                    , Fees* | | | |
| *Attorney for                    , Expenses* | | | |
| *Accountant for                    , Fees* | | | |
| *Accountant for                    , Expenses* | | | |
|     Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $16,771.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $258,866.12 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $246,484.09 | $0.00 | $15,969.09 |
| 2 | ILLINOIS DEPT OF REVENUE | $12,382.03 | $0.00 | $802.20 |

Total to be paid for priority claims: $16,771.29

Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $117,543.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1,3,4,5 | See Trustee's Final Report | $117,543.69 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $58,974.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1,2 | See Trustee's Final Report | $58,974.03 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 12-17198-ABG
Gregory B Bell                                                      Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales         Page 1 of 3          Date Rcvd: Nov 21, 2012
                              Form ID: pdf006         Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.

```
db          +Gregory B Bell,   950 N. Michigan Ave., Unit 2304,   Chicago, IL 60611-7506
18832847     American Education Services,   Harrisburg, PA 17130-0001
18832848    #American Express,   Travel Related Services Company, Inc.,   P.O. Box 53773,
             Phoenix, AZ 85072-3773
18832849     American Home Mortgage Servicing, Inc.,   P.O. Box 660029,   Dallas, TX 75266-0029
18832850    +American Recovery Services, Inc.,   555 St. Charles Dr., Ste 100,   Thousand Oaks, CA 91360-3983
18832851    +Anna Mattson,   829 Jacobson St.,   Marinette, WI 54143-3946
18832852    +Astra Tech,   590 Lincoln St.,   Waltham, MA 02451-1434
19663008    +BMO Harris Bk NA fka Harris Bk NA,   L J Rodhunter Howard & Howard, Atty PLLC,
             200 S Michigan Ave, Ste 1100,   Chgo, IL 60604-2461
19667315    +BMO Harris Bk NA fka Harris Bk NA,   L J Todhunter Howard & Howard, Atty PLLC,
             200 S Michigan Ave, Ste 1100,   Chgo, IL 60604-2461
18832853     Banco Popular,   P.O. Box 4601,   Oak Park, IL 60303-4601
18832854     Bank of America Home Loans,   P.O. Box 650225,   Dallas, TX 75265-0225
18832855    +Benco Dental Company,   295 CenterPoint Blvd.,   Pittston, PA 18640-6136
18832862     CST Co. - Louisville,   P.O. Box 33127,   Louisville, KY 40232-3127
19401377     Capital One Bank (USA), N.A,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
18832856     Capital One Bank (USA), N.A.,   P.O. Box 6492,   Carol Stream, IL 60197-6492
18832858    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
18832860    +Chicago Magazine, LLC,   c/o Jack H. Rottner,   P.O. Box 10417,   Chicago, IL 60610-0417
18832861    +Christopher Cali,   Bankers Healthcare Group, Inc.,   325 James St.,   Syracuse, NY 13203-1965
18832864     Exactech,   P.O. Box 917738,   Orlando, FL 32891-7738
18832865    +Glidewell Laboratories,   4141 MacArthur Blvd.,   Newport Beach, CA 92660-2015
18832866    +Global Payments Check Services, Inc.,   P.O. Box 661038,   Chicago, IL 60666-1038
18832867    +Goldberg Law Group, LLC,   120 S. Riverside Plaza #1675,   Chicago, IL 60606-3988
18832887     Hinshaw & Culbertson, LLP,   8124 Solutions Center Dr.,   Chicago, IL 60677-8001
19610696    +ISM,   AES/PHEAA,   PO Box 8183,   Harrisburg, PA 17105-8183
18832888     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
18832890    +Manus Northwestern Oral Health Center, L,   676 N. Michigan Ave., Ste. 3500,
             Chicago, IL 60611-2839
18832891    +McKinley Allen,   435 Cavalier Ct., #108A,   East Dundee, IL 60118-2144
18832892    +Michigan 30&lt; LLC,   c/o David G. Trout & Assoc., Ltd.,   134 N. LaSalle, Ste. 1840,
             Chicago, IL 60602-1100
18832894 ++++SPRINGSTONE PATIENT FINANCING,   371 TURNPIKE RD STE 100,   SOUTHBOROUGH MA  01772-1747
             (address filed with court:  Springstone Patient Financing,   2 Park Central Dr., Ste. 100,
             Southborough, MA 01772)
18832893    +Schoenberg Finkel Newman & Rosenberg,   222 S. Riverside Plaza, Ste 2100,
             Chicago, IL 60606-6113
18832895    +Steve Foley Cadillac of Northbrook,   100 Skokie Blvd.,   Northbrook, IL 60062-1684
18832897    +University Club of Chicago,   P.O. Box 91769,   Chicago, IL 60693-1769
18832898    +Wilmette Green,   11347 S. Indiana, #2,   Chicago, IL 60628-4905
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18832857     E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2012 02:22:39     Care Credit,   GE Capital,
             P.O. Box 960061,   Orlando, FL 32896-0061
18832863     E-mail/Text: cio.bncmail@irs.gov Nov 22 2012 02:07:11     Department of the Treasury,
             Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
18832896    +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 22 2012 04:05:08     Transworld Systems, Inc.,
             507 Prudential Rd.,   Horsham, PA 19044-2308
                                                                               TOTAL: 3
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18832869*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832870*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832871*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832872*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832873*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832874*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832875*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832876*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832877*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832878*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832879*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832880*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832881*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832882*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832883*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832884*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832885*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
18832886*    +Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave.,   Chicago, IL 60602-3504
```

```
District/off: 0752-1           User: ccabrales          Page 2 of 3          Date Rcvd: Nov 21, 2012
                               Form ID: pdf006          Total Noticed: 36

18832859    ##+Chase Health Advance,   1250 S. Clearview Ave., Ste. 100,    Mesa, AZ 85209-3378
18832868    ##+Gregory B. Bell DDS, P.C.,   30 N. Michigan Ave,   Chicago, IL 60602-3504
18832889    ##+Lecia Lynn,   910 S. Michigan Ave., Apt. 1213,   Chicago, IL 60605-2284
                                                                TOTALS: 0, * 18, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                     **Signature:**   _____

District/off: 0752-1              User: ccabrales          Page 3 of 3              Date Rcvd: Nov 21, 2012
                                 Form ID: pdf006          Total Noticed: 36


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2012 at the address(es) listed below:
          Allan J DeMars    alland1023@aol.com
          Patrick J Loftus    on behalf of Debtor Gregory Bell patrick@loftus-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 3